# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA MARIE RISINGSUN,<br><br>Defendant. | CR 25-144-BLG-WWM-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS COUNT 5 OF THE INDICTMENT |

Upon review of the United States' Unopposed Motion to Dismiss Count 5 of the Indictment (Doc. 69), and for good cause shown,

**IT IS HEREBY ORDERED** the United States' Motion is **GRANTED**. Count 5 is dismissed without prejudice as to Defendant Risingsun.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 28th day of May, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE